UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
THEODORE SIMPSON,                                           :
                          Petitioner,   :
:  03 Civ. 6323 (LGS)
          -against-                                    :
:  <u>ORDER</u>
GARY GREENE,                                                :
                         Respondent.   :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, by the Order dated February 17, 2021, Petitioner was directed to either submit a letter stating he is withdrawing his COVID-19 claim or submit an amended petition for a writ of *habeas corpus* under § 2254 (Dkt. No. 33);

      WHEREAS, Petitioner submitted a letter seeking to "withdraw the entire motion without prejudice at this time" and asking that both motions he filed be removed from the Court's calendar (Dkt. No. 34). It is hereby

      **ORDERED** that Petitioner's application to withdraw his claim is GRANTED.

      The Clerk of Court is respectfully directed to terminate the motion at Dkt. No. 34.

Dated: April 7, 2021
       New York, New York

                                                LORNA G. SCHOFIELD
                                               UNITED STATES DISTRICT JUDGE