UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
                                          :

THEODORE SIMPSON,                  :

                    Petitioner,    :

                                            :             03 Civ. 6323 (LGS)

         -against-                 :

                                          :             **ORDER**

GARY GREENE,                    :

                     Respondent. :
---------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the Order dated May 28, 2026, denied Petitioner's Rule 60(b)(6) motion for relief from the December 22, 2003, Opinion & Order of then-District Judge Gerard Lynch denying Petitioner's habeas petition.

       WHEREAS, on May 29, 2026, Petitioner filed a notice of appeal of the May 28, 2026, Order with the Second Circuit.

       WHEREAS, on June 2, 2026, Petitioner filed a motion before this Court seeking reconsideration of the May 28, 2026, Order under Rule 59(e) (the "Motion").

       WHEREAS, because the Motion challenges the May 28, 2026, Order denying Petitioner's Rule 60(b)(6) motion rather than the underlying judgment, the Motion is construed as a motion for reconsideration under Local Civil Rule 6.3. It is hereby

       **ORDERED** that, in accordance with Individual Rule III.A.3, the Government need not and shall not file a response.

Dated: June 17, 2026
        New York, New York

                                             LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE